# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: MOHAMED RASHID KONE,    :    CHAPTER 13
    Debtor

:    BANKRUPTCY NO.  21-10950

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor has not delayed in prosecuting this case.  An unreasonably excessive claim was filed by the Debtor's mortgagee on June 7, 2021.  On June 22, 2021, an Objection to this claim was filed.  The hearing on these Objections are presently continued to September 2, 2021, due to the Debtor's incipient trip to Africa and his need to collect his mortgage payment receipts during his prior case filing to support his claim Objections.

WHEREFORE, the Debtor requests that, if the Motion is not denied, it will be continued.

Date:   July 26, 2021

                                        Attorney for Debtor

                                        /s/DAVID A. SCHOLL
                                        512 Hoffman Street
                                        Philadelphia, PA.  19148
                                        610-550-1765