**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  MOHAMED RASHID KONE,         :     CHAPTER 13

      Debtor                                                  : BANKRUPTCY NO. 21-10950

**ORDER DENYING FEES REQUESTED IN THE NOTICE OF U.S. BANK, NATIONAL ASSOCIATION FOR POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

AND NOW, this      day of October, 2021, it is hereby ORDERED as follows:

1. The Objections to the fees requested in the Notice are SUSTAINED.

2. The fees requested in the Notice of September 7, 2021, of post-petition mortgage fees, expenses, and charges on behalf of U.S. Bank, National Association are DENIED.

_____

-

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA**

In Re:  **MOHAMED RASHID KONE,**            :        **CHAPTER 13**

        Debtor                                                    : **BANKRUPTCY NO. 21-10950**


**DEBTOR'S OBJECTIONS TO THE REQUESTS IN THE NOTICE OF U.S. BANK,
NATIONAL ASSOCIATION ("USB") FOR PAYMENTS FOR POST-PETITION
MORTGAGE FEES, EXPENSES, AND CHARGES**

1. On September 7, 2021, USB filed a Notice of Post-Petition Mortgage Fees, Requests, and Charges against the Debtor in this case.

2. The first item listed in the Notice is $700 for "Bankruptcy/Proof of claim fees" of $700. This item entails filling out a claim form and attaching supporting Exhibits. This should take no more than an hour of paralegal time and is therefore valued at no more than $100.

3. The second item in the Notice is $500 for "Plan Review Fees." This "service" consists of review of a form plan, which should take no more than 10 minutes and for which no compensation should be charged.

4. The third item is $550 for "Objection to Plan Fees." USB did file about a one-page Objection to Confirmation of Plan which objected to the Debtor's request for a loan modification, which is part of the plan form and is entirely acceptable; and erroneously stated that current mortgage payments were nor provided for. The Objection is therefore worthless and its filing should not be compensated.

5. The requests in the Notice should therefore be denied in their entirety or allowed in an amount of no more than $100.

      WHEREFORE, the Debtor requests that this court will enter the Proposed Order accompanying the Objections, denying the requests in the Notice.

                                                    /s/DAVID A. SCHOLL
                                                    512 Hoffman Street
                                                    Philadelphia, PA.  19148
                                                    610-550-1765
                                                    Attorney for Debtor